United States District Court
Southern District of Texas
**ENTERED**
May 11, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEE ANN SIFUENTES, ELISSA MONTGOMERY, SHARA GRUBBS, AND SAMANTHA STEWART, Individually and on Behalf of all Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> vs. <br><br> BREMA INVESTMENTS, LLC d/b/a GRISWOLD HOMECARE and BRENDA GROSS, <br><br> *Defendants*. | § § § § § § § § § § § § § § § CIVIL ACTION NO. 4:17-CV-1742 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Motion to Dismiss Plaintiff Lee Ann Sifuentes' Claims with Prejudice filed by Plaintiff Lee Ann Sifuentes and Defendants Brema Investments, LLC d/b/a Griswold Homecare and Brenda Gross, dismissal of Plaintiff Lee Ann Sifuentes' claims against Defendants Brema Investments, LLC d/b/a Griswold Homecare and Brenda Gross is hereby GRANTED.

It is therefore ORDERED, ADJUDGED, AND DECREED that all of Plaintiff Lee Ann Sifuentes' claims in this action against Defendants Brema Investments, LLC d/b/a Griswold Homecare and Brenda Gross are hereby DISMISSED WITH PREJUDICE to refiling, with each party to bear her or its own costs and attorneys' fees.

SIGNED at Houston, Texas, this 9th day of May, 2018.

THE HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE