UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEE ANN SIFUENTES, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-01742 |
| | § | |
| BREMA INVESTMENTS, LLC, D/B/A | § | |
| GRISWOLD HOMECARE, *et al*, | § | |
| | § | |
| Defendants. | § | |

# OPINION AND ORDER

## ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above-referenced proceeding is Defendants Brema Investments, LLC and Brenda Gross's ("Brema") Status Report/Supplemental Briefing Regarding Motion to Dismiss and Compel Arbitration and First Supplement, Doc. 32, and the Plaintiffs Alissa Montgomery, Shara Grubbs, and Samantha Stewart's[1], in addition to Opt-in Plaintiffs Jeremy Joiner and Tracy Sanchez, Status Report/Supplement Briefing, Doc. 31, with respect to the Defendants' original Motion and supplemental Motion to Dismiss and Compel Arbitration, Docs. 9 & 18, and Judge Stacy's Memorandum and Recommendation that the Court grant the Defendants' Motion and Supplemental Motion, Docs. 9 & 18. Plaintiffs did not object to the Memorandum and Recommendation. Thus, under Local Rule 7.4, the Memorandum and Recommendation is deemed unopposed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that the case the provisions in the employment agreements at issue are valid and enforceable, including the fee splitting provision in Section 4(g) of the caretaker agreement. Doc. 33 at 6. Accordingly, the

---

[1] Sifuentes was originally named in the suit, however, her claims were subsequently dismissed with prejudice on May 9, 2018. Doc. 29.

Court hereby

**ORDERS** that the Memorandum and Recommendation, Doc. 33, is **ADOPTED**. Brema's Defendants' original Motion and supplemental Motion to Dismiss and Compel Arbitration, Docs. 9 & 18, are **GRANTED**.

SIGNED at Houston, Texas, this 12th day of July, 2018.

                                              MELINDA HARMON
                                    UNITED STATES DISTRICT JUDGE